No. 10–349. SHELL OIL CO. ET AL. *v.* HEBBLE ET AL. Ct. Civ. App. Okla. Motions of International Association of Defense Counsel et al., Chamber of Commerce of the United States of America et al., and American Petroleum Institute for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 10–467. WINKLER *v.* GRANT ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–565. TIBBETTS *v.* DITTES ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–6920. HARMON *v.* ANDERSON, SHERIFF, SANTA BARBARA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮

No. 10–7348. LORENZANA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–7509. LIGHTY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–7539. HUNTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–1450. LARIVIERE *v.* LARIVIERE, *ante*, p. 834;
No. 09–10514. WALKER *v.* YATES, WARDEN, *ante*, p. 845;
No. 09–10758. FIELDS *v.* OHIO, *ante*, p. 851;
No. 09–10788. COLMAN *v.* TEXAS, *ante*, p. 852;
No. 09–10859. MOSLIMANI *v.* MICHIGAN, *ante*, p. 854;
No. 09–10903. IN RE TOWNSEND, *ante*, p. 826;
No. 09–11221. KANTE *v.* NIKE, INC., *ante*, p. 868;

No. 09–11394.  MENNER v. UNITED STATES, *ante*, p. 878;

No. 09–11522.  INTROCASO v. MEEHAN ET AL., *ante*, p. 885;

No. 09–11529.  ORTIZ v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 886;

No. 09–11546.  IN RE MITCHELL, AKA ALLAH, *ante*, p. 825;

No. 10–144.  SCHNELLER v. ABLE HOME CARE, INC., ET AL., *ante*, p. 895;

No. 10–190.  TORAIN v. AT&T MANAGEMENT SERVICES, LP, ET AL., *ante*, p. 962;

No. 10–5005.  COYLE v. AQUILA, INC., *ante*, p. 898;

No. 10–5338.  HEFLEY v. DELAWARE, *ante*, p. 916;

No. 10–5377.  WILLARD v. NEW YORK, *ante*, p. 918;

No. 10–5386.  REYNOLDS v. UNITED STATES, *ante*, p. 918;

No. 10–5427.  LEE v. ISHEE ET AL., *ante*, p. 921;

No. 10–5484.  WHITE v. GUZMAN ET AL., *ante*, p. 924;

No. 10–5513.  DRUMMOND v. RYAN, WARDEN, ET AL., *ante*, p. 926;

No. 10–5545.  CABRERA v. UNITED STATES, *ante*, p. 928;

No. 10–5622.  RAUSER v. UNITED STATES, *ante*, p. 932;

No. 10–5678.  SINGH v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante*, p. 965;

No. 10–5749.  RICHARD v. ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY, *ante*, p. 966;

No. 10–5759.  KANTAMANTO v. NORTH, *ante*, p. 966;

No. 10–5826.  VENEGAS v. TEXAS, *ante*, p. 968;

No. 10–6063.  PRATHER v. LEE, CHIEF JUDGE, SUPERIOR COURT OF GEORGIA, COWETA COUNTY, *ante*, p. 1008;

No. 10–6073.  VILLANUEVA-MORAN v. HOLDER, ATTORNEY GENERAL, *ante*, p. 970;

No. 10–6094.  DINGLE v. STEVENSON, WARDEN, *ante*, p. 1009;

No. 10–6188.  PREPETIT v. VIRGINIA, *ante*, p. 1011;

No. 10–6189.  PREPETIT v. VIRGINIA, *ante*, p. 1011;

No. 10–6543.  FOREMAN ET AL. v. LOUISIANA ET AL., *ante*, p. 1015; and

No. 10–6729.  COHEN v. UNITED STATES, *ante*, p. 1019.  Petitions for rehearing denied.

No. 10–127.  BAHRAMI v. KETABCHI, *ante*, p. 952.  Petition for rehearing denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.